UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR09-111MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DIRECTING GOVERNMENT TO |
| v. | ) | PROVIDE GOVERNMENT EXPERT |
| | ) | MATERIAL |
| EDWARD ASATOORIANS, | ) | |
| | ) | |
| Defendant. | ) | |

The court, having considered the defense motion for production of government expert material under Fed.R.Crim.Proc.16(a)(1)(G) and any government response thereto, finds good cause has been shown. If the government intends to present expert testimony at trial, it shall produce, two weeks before trial, the information mandated by Rule 16(a)(1)(G), to include all written summaries of any expert testimony that it intends to use under Evidence Rules 702, 703 or 705 during its case in chief at trial, to include the witness(es)' opinions, the bases and reasons for those opinions, the witness(es)' qualifications, and any written authority upon which the opinion(s) is based.

ORDERED this 14th day of September, 2009.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

Presented by:

/s/ Michael Nance
Defense Attorney