UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-111MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DIRECTING GOVERNMENT |
| v. | ) | TO DISCLOSE CO-CONSPIRATOR |
| | ) | HEARSAY |
| EDWARD ASATOORIANS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The court, having considered the defense motion to require the government to disclose its anticipated use at trial of co-conspirator hearsay and the government response, and good cause having been shown, directs the government to disclose to the defense no later than two weeks prior to trial all statements by alleged co-conspirators that it will seek to introduce into evidence.

ORDERED this 14th day of September, 2009.

_____
Marsha J. Pechman
United States District Judge


Presented by:

/s/ Michael Nance
Defense Attorney